**(Official Form 1)  (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Benson Building  Supply Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **36-2950384** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Winnebago** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)          ☐ Railroad<br>☑ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other _____          ☐ Clearing Bank | ☐ Chapter 7       ☑ Chapter 11       ☐ Chapter 13<br>☐ Chapter 9       ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

(Official Form 1)  (12/03)                                                                                              **FORM B1**, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Benson Building  Supply Company** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>   Signature of Attorney for Debtor(s)         Date |
| **Signature of Attorney**<br><br>X **/s/ Kenneth F. Ritz**<br>   Signature of Attorney for Debtor(s)<br>**Kenneth F. Ritz**<br>Printed Name of Attorney for Debtor(s)<br>**Ritz & Laughlin. Ltd.**<br>Firm Name<br>**728 N. Court St.**<br>Address<br>**Rockford, IL  61103**<br><br>**(815) 968-1807**<br>Telephone Number<br>**July 20, 2005**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>_____<br>Address<br>_____ |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Dan Benson**<br>   Signature of Authorized Individual<br>**Dan Benson**<br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br>**July 20, 2005**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>   Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Benson Building Supply Company** _____    Chapter **11** _____
<span style="text-align:center">Debtor(s)</span>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................... $ ___**225.00/hr**___

Prior to the filing of this statement I have received ................................................... $ ___**2,190.00**___

Balance Due ............................................................................................ $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**July 20, 2005**_____          ____**/s/ Kenneth F. Ritz**_____
Date                                                     Signature of Attorney

                                                        **Ritz & Laughlin. Ltd.**
                                               _____
                                                        Name of Law Firm

</div>

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

**Benson Building  Supply Company** _____          Chapter **11** _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Commercial Innovations**<br>PO  Box 666356<br>Milwaukee, WI | | | | **34,057.00** |
| **Eric Benson & Carol Benson Executors**<br>Barrick Switzer,Long Balsley Van Evera<br>6833 Statler Drive<br>Rockford, IL  61108 | **Tyler Moore** | | | **33,000.00** |
| **Bonsal American**<br>PO Box 651480<br>Charlotte, NC  28265-1480 | | **Trade debt** | | **14,792.00** |
| **GAP Material Corporation**<br>PO Box 7247<br>Philadelphia, PA  19170-7247 | | **Trade debt** | | **14,762.00** |
| **Exxon Mobile Fleet**<br>PO Box 530998<br>Atlanta, GA  30353-0998 | | **Trade debt** | | **11,986.00** |
| **Indiana Insurance Co.**<br>PO Box 7906<br>Loveland, OH  45140-7906 | | **Trade debt** | | **11,004.60** |
| **Pactiv Corporation**<br>PO Box 905863<br>Charlotte, NC  28290-5863 | | **Trade debt** | | **8,677.33** |
| **Ives Paper Mill**<br>5906 Collections Center<br>Chicago, IL | | **Trade debt** | | **6,812.35** |
| **R. N. Lucas Co.**<br>3211 S Wood St<br>Chicago, IL  60608-6118 | | **Trade debt** | | **6,280.56** |
| **Mauh Nah Tee See Country Club**<br>5151 Guilford Rd<br>Rockford, IL  61107-2410 | | **Promotion** | | **6,071.42** |
| **R M McGladry**<br>501 7th St<br>Rockford, IL  61104-1242 | | **Accounting Services** | | **6,040.00** |
| **Kualer Manufacturing**<br>PO Box 59<br>Dubuque, IA  52004-0059 | | **Bank loan** | | **5,785.42** |
| **Wilson Wholesale Supply**<br>405 Barrington Rd<br>Wauconda, IL  60084-2436 | | **Trade debt** | | **5,167.36** |
| **Pepper Creek Greenhouse**<br>7295 Harrison Ave<br>Rockford, IL  61112-1040 | | **Accounting Services** | | **4,865.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

| | | |
|---|---|---|
| **Tanco**<br>**PO Box 3928**<br>**Little Rock, AR  72203-3928** | | **4,295.00** |
| **Weather Tee**<br>**21605 Gateway Ct**<br>**Brookfield, WI  53045-5156** | **Trade debt** | **3,757.10** |
| **Simpson Strong-Tie Company**<br>**PO Box 45687**<br>**San Francisco, CA  94145-0687** | **Trade debt** | **3,120.94** |
| **Chris Industrial**<br>**2810-D**<br>**Northbrook, IL  60062** | **Trade debt** | **3,000.74** |
| **Shelter Distribution**<br>**1407 Timber Dr**<br>**Elgin, IL  60123-1827** | **Trade debt** | **2,982.00** |
| **Century Building Supply**<br>**600 Boylston St**<br>**Loves Park, IL  61111-5907** | **Trade debt** | **2,908.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **July 20, 2005**                    Signature:  */s/ Dan Benson*

                    **Dan Benson,**
                    <span style="float:right">(Print Name and Title)</span>

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Benson Building  Supply Company** _____  Chapter **11** _____
<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

<div align="right">AMOUNTS SCHEDULED</div>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 229,976.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | | | | |
| J -  Current Expenditures of Individual Debtor(s) | No | | | | |
| Total Number of Sheets in Schedules | | 21 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 229,976.16 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE **Benson Building  Supply Company** _____   Case No. _____
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** | **0.00** |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **Benson Building  Supply Company**                                    Case No. _____
_____
                              Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

**IN RE** Benson Building  Supply Company           Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **0.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Benson Building  Supply Company**                                    Case No. _____
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180
days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's
interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**IN RE** **Benson Building  Supply Company**                                          Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively,  in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL ···· UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

_____ **0** Continuation Sheets attached

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule D)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

**IN RE** <u>Benson Building  Supply Company</u>                    Case No. _____
                    Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
   Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Benson Building Supply Company                                    Case No. _____
                                  Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT SECURITY SERVICES**<br>**PO BOX 371967**<br>**PITTSBURGH, PA  15250-7967** | | | **Trade Debt** | | | | **180.00** |
| Account No.<br><br>**Advance Business Machine**<br>**5344 11th St**<br>**Rockford, IL  61109-3658** | | | **Trade Debt** | | | | **140.00** |
| Account No.<br><br>**Air Vent, Inc.**<br>**PO BOX7780_3004**<br>**Philadelphia, PA  19182-0001** | | | **Trade Debt** | | | | **2,851.00** |
| Account No.<br><br>**Amcore Investment Group**<br>**PO Box 4599**<br>**Rockford, IL  61110-4599** | | | **Loan** | | | | **114.47** |
| Account No.<br><br>**Amcore Trust Department**<br>**424 7th St**<br>**Rockford, IL  61104-1259** | | | | | | | **116.24** |

_____ **10** Continuation Sheets attached

Subtotal (Total of this page)    **3,401.71**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Benson Building  Supply Company**      Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Appleton Supply Co.**<br>**PO Box 88074**<br>**Chicago, IL  60680-1074** | | | **Trade Debt** | | | | 2,577.61 |
| Account No.<br>**Auto Owners Insurnce**<br>**PO Box 30215**<br>**Lansing, MI  48909-7715** | | | **Insurance** | | | | 2,793.00 |
| Account No.<br>**Avaya, Inc.**<br>**PO Box 73061**<br>**Chicago, IL  60673-7061** | | | **Telephone serviices** | | | | 273.00 |
| Account No.<br>**Bob's Hardware**<br>**2710 20th St**<br>**Rockford, IL  61109-1410** | | | **Trade Debt** | | | | 1,184.00 |
| Account No.<br>**Bonsal American**<br>**PO Box 651480**<br>**Charlotte, NC  28265-1480** | | | **Trade Creditor** | | | | 14,792.00 |
| Account No.<br>**Cannonball**<br>**LOCK BOX 36521**<br>**Chicago, IL  60693-0001** | | | **Trade Debt** | | | | 904.00 |
| Account No.<br>**Carlson Systems**<br>**9717 E 42nd St**<br>**Tulsa, OK  74146-3618** | | | **Trade Debt** | | | | 683.00 |

Sheet _____**1**__ of _____**10** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)    **23,206.61**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Benson Building  Supply Company</u>                          Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Carquest Auto Parts**<br>**1207 11th St**<br>**Rockford, IL  61104-5017** | | | **Trade Debt** | | | | **51.42** |
| Account No.<br>**Century Building Supply**<br>**600 Boylston St**<br>**Loves Park, IL  61111-5907** | | | **Trade Debt** | | | | **2,908.00** |
| Account No.<br>**Chris Industrial**<br>**2810-D**<br>**Northbrook, IL  60062** | | | **Trade Debt** | | | | **3,000.74** |
| Account No.<br>**City Of Rockford**<br>**Payment  Center**<br>**PO Box 1221**<br>**Rockford, IL  61105-1221** | | | **Trade Debt** | | | | **70.00** |
| Account No.<br>**Commercial Ceiling & Wall**<br>**9906 N Alpine Rd**<br>**Machesney Park, IL  61115-8211** | | | **Trade Debt** | | | | **138.24** |
| Account No.<br>**Commercial Innovations**<br>**PO  Box 666356**<br>**Milwaukee, WI** | | | **Trade Debt** | | | | **34,057.00** |
| Account No.<br>**Computer Software Solutions**<br>**9717 E 42nd St**<br>**Tulsa, OK  74146-3618** | | | **Trade Debt** | | | | **700.00** |

Sheet _____**2** of _____**10** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **40,925.40**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Benson Building  Supply Company                                    Case No. _____
_____Debtor(s)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Constellation New Energy** 550 W Washington Blvd Chicago, IL  60661-2595 | | | Trade Debt | | | | 1,218.00 |
| Account No. **Croops Door Service** 9902 Gentian Dr Machesney Park, IL  61115-1541 | | | Trade Debt | | | | 140.00 |
| Account No. **Custom Shutters** 2801 S 163rd St New Berlin, WI  53151-3611 | | | Trade Debt | | | | 699.79 |
| Account No. **Edmund A. Allen Co.** PO Box 290 Momence, IL  60954-0290 | | | Trade Debt | | | | 1,074.15 |
| Account No. **Eric Benson & Carol Benson Executors** Barrick Switzer,Long Balsley Van Evera 6833 Statler Drive Rockford, IL  61108 | | | Delinquent rent on 1901 Harrison Ave, Rockford, Illinois | | | | 33,000.00 |
| Account No. **Exxon Mobile Fleet** PO Box 530998 Atlanta, GA  30353-0998 | | | Trade Debt | | | | 11,986.00 |
| Account No. **Fedex Freight** 4103 Collection Center Dr Chicago, IL  60693-0041 | | | Trade Debt | | | | 58.00 |

Sheet _____**3** of _____**10** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                48,175.94

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Benson Building  Supply Company _____ Case No. _____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GAP Material Corporation** **PO Box 7247** **Philadelphia, PA  19170-7247** | | | Trade Debt | | | | 14,762.00 |
| Account No. **Gypsum Supply Co.** **1125 Harrison Ave** **Rockford, IL  61104-7239** | | | Trade Debt | | | | 2,870.00 |
| Account No. **Hearth & Home Technologies** **13311 Collection Center Dr** **Chicago, IL  60693-0133** | | | Trade Debt | | | | 348.73 |
| Account No. **Home Builders Association** **631 N Longwood St** **Rockford, IL  61107-4266** | | | Trade Debt | | | | 490.00 |
| Account No. **Hutchinson, Inc.** **PO Box 368** **Manchester, IA  52057** | | | Trade Debt | | | | 323.45 |
| Account No. **HYC Company** **PO Box 771320** **Saint Louis, MO  63177-2320** | | | Trade Debt | | | | 447.00 |
| Account No. **IBMC** **PO Box 643600** **Pittsburgh, PA  15264-3600** | | | Trade Debt | | | | 447.00 |

Sheet _____ **4** of _____ **10** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **19,688.18**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Benson Building  Supply Company** _____   Case No. _____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Illinois Lumber & Dealers**<br>**932 S Spring St**<br>**Springfield, IL  62704-2725** | | | Trade Debt | | | | 750.00 |
| Account No.<br>**Indiana Insurance Co.**<br>**PO Box 7906**<br>**Loveland, OH  45140-7906** | | | Trade Debt | | | | 11,004.60 |
| Account No.<br>**Ives Paper Mill**<br>**5906 Collections Center**<br>**Chicago, IL** | | | Trade Debt | | | | 6,812.35 |
| Account No.<br>**Kelly Williamson**<br>**PO Box 17082**<br>**Rockford, IL  61110-7082** | | | Trade Debt | | | | 423.76 |
| Account No.<br>**Kualer Manufacturing**<br>**PO Box 59**<br>**Dubuque, IA  52004-0059** | | | Trade Debt | | | | 5,785.42 |
| Account No.<br>**LL Building Products**<br>**PO Box 7247**<br>**Philadelphia, PA  19170-7247** | | | Trade Debt | | | | 208.84 |
| Account No.<br>**Maggio Truck Center**<br>**4762 Baxter Rd**<br>**Rockford, IL  61109-5252** | | | Trade Creditor | | | | 1,315.00 |

Sheet _____ **5** of _____ **10** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)       **26,299.97**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Benson Building  Supply Company**                    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Marlin Leasing**<br>**PO Box 13504**<br>**Philadelphia, PA  19101-3504** | | | Trade Creditor | | | | **462.28** |
| Account No.<br>**Marlite**<br>**PO Box 200267**<br>**Le Roy, WV  25252** | | | Trade Creditor | | | | **1,180.50** |
| Account No.<br>**Marshall Stamping Company**<br>**355 Glade Hills Road**<br>**Valencia, PA  16059** | | | Trade Creditor | | | | **273.55** |
| Account No.<br>**Mauh Nah Tee See Country Club**<br>**5151 Guilford Rd**<br>**Rockford, IL  61107-2410** | | | Promotion | | | | **6,071.42** |
| Account No.<br>**Maze Nails**<br>**PO Box 449**<br>**Peru, IL  61354-0449** | | | Trade Creditor | | | | **782.43** |
| Account No.<br>**McAllister Equipment**<br>**PO BOX 88025**<br>**Milwaukee, WI  53288-0001** | | | Trade Creditor | | | | **344.31** |
| Account No.<br>**McGreey, Johnson & Williams**<br>**6735 Vistagreen Way**<br>**Rockford, IL  61107-5653** | | | Legal services | | | | **394.40** |

Sheet _____**6** of _____**10** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)            **9,508.89**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Benson Building  Supply Company                      Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Michigan Ladder Co.**<br>**PO Box 961307**<br>**Ypsilanti, MI  48197** | | | Trade Creditor | | | | 504.63 |
| Account No.<br>**Mid-City Office Products**<br>**PO Box 957**<br>**Rockford, IL  61105-0957** | | | Trade Creditor | | | | 459.77 |
| Account No.<br>**Newborn Brothers & Co.**<br>**PO Box 128**<br>**Jessup, MD  20794-0128** | | | Trade Creditor | | | | 1,270.52 |
| Account No.<br>**Nextel Communications**<br>**PO Box 4191**<br>**Carol Stream, IL  60197-4191** | | | Trade Creditor | | | | 602.71 |
| Account No.<br>**Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL  60507-2020** | | | Trade Creditor  Utility Services | | | | 631.29 |
| Account No.<br>**Nudo Products**<br>**1500 Taylor Ave**<br>**Springfield, IL  62703-5663** | | | Trade Creditor | | | | 573.52 |
| Account No.<br>**Pactiv Corporation**<br>**PO Box 905863**<br>**Charlotte, NC  28290-5863** | | | Trade Creditor | | | | 8,677.33 |

Sheet _____**7** of _____**10** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)            12,719.77

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Benson Building  Supply Company                     Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Pepper Creek Greenhouse**<br>**7295 Harrison Ave**<br>**Rockford, IL  61112-1040** | | | Trade Creditor | | | | 4,865.00 |
| Account No.<br>**Pepsi Cola Company**<br>**PO Box 7425**<br>**Rockford, IL  61126-7425** | | | Beverages | | | | 1,322.28 |
| Account No.<br>**Per Mar Security Services**<br>**PO Box 1101**<br>**Rockford, IL  61105-1101** | | | Security services | | | | 527.40 |
| Account No.<br>**R M McGladry**<br>**501 7th St**<br>**Rockford, IL  61104-1242** | | | Accounting | | | | 6,040.00 |
| Account No.<br>**R. N. Lucas Co.**<br>**3211 S Wood St**<br>**Chicago, IL  60608-6118** | | | Trade Creditor | | | | 6,280.56 |
| Account No.<br>**SBC**<br>**Bill Payment Center**<br>**Chicago, IL  60663-0001** | | | Telephone | | | | 580.43 |
| Account No.<br>**Shelter Distribution**<br>**1407 Timber Dr**<br>**Elgin, IL  60123-1827** | | | Trade Creditor | | | | 2,982.00 |

Sheet _____**8** of _____**10** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **22,597.67**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE  Benson Building  Supply Company _____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Simpson Strong-Tie Company** <br> **PO Box 45687** <br> **San Francisco, CA  94145-0687** | | | Trade Creditor | | | | 3,120.94 |
| Account No. <br> **Sovereign Specialty Chemicals** <br> **Reliable Parkway** <br> **Chicago, IL  60686-0001** | | | Trade Creditor | | | | 260.00 |
| Account No. <br> **Sun Gro Horticulture** <br> **36212 Treasury Ctr** <br> **Chicago, IL  60694-6200** | | | Trade Creditor | | | | 2,652.22 |
| Account No. <br> **Sun Life Financial** <br> **PO BOX 0760** <br> **Carol Stream, IL  60132-0001** | | | Insurance | | | | 1,550.00 |
| Account No. <br> **Tanco** <br> **PO Box 3928** <br> **Little Rock, AR  72203-3928** | | | Trade Creditor | | | | 4,295.00 |
| Account No. <br> **USF Holland** <br> **PO Box 9021** <br> **Holland, MI  49422-9021** | | | Trade Debt | | | | 511.18 |
| Account No. <br> **Warp Brothers** <br> **4647 W Augusta Blvd** <br> **Chicago, IL  60651-3310** | | | Trade Creditor | | | | 130.87 |

Sheet _____**9**___ of _____**10** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **12,520.21**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Benson Building Supply Company** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Waste Management**<br>**PO Box 9001054**<br>**Louisville, KY 40290-1054** | | | Trade Creditor | | | | 197.10 |
| Account No. <br><br>**Weather Tee**<br>**21605 Gateway Ct**<br>**Brookfield, WI 53045-5156** | | | Trade Creditor | | | | 3,757.10 |
| Account No. <br><br>**Werner Co.**<br>**1459 Paysphere Cir**<br>**Chicago, IL 60674-0014** | | | Trade Creditor | | | | 1,810.25 |
| Account No. <br><br>**Wilson Wholesale Supply**<br>**405 Barrington Rd**<br>**Wauconda, IL 60084-2436** | | | Trade Creditor | | | | 5,167.36 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**10**__ of _____**10**__ Continuation Sheets attached to Schedule F

| Subtotal (Total of this page) | 10,931.81 |
|---|---|
| (Complete only on last sheet of Schedule F) **TOTAL** | 229,976.16 |

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Benson Building  Supply Company** _____  Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

IN RE **Benson Building  Supply Company** _____  Case No. _____
                              Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Benson Building  Supply Company                                           Case No. _____
_____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
(Total shown on summary page plus 1)

they are true and correct to the best of my knowledge, information, and belief.


Date: _____    Signature: _____
Debtor


Date: _____    Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer                              Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____          _____
Signature of Bankruptcy Petition Preparer                                       Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the **Benson Building  Supply Company** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)


Date: **July 20, 2005** _____    Signature: */s/ Dan Benson* _____

**Dan Benson** _____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                       Case No. _____

**Benson Building  Supply Company**                    Chapter **11**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities  of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None ☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑ d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 20, 2005**                Signature: ***/s/ Dan Benson***

**Dan Benson,**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

**STATEMENT OF FINANCIAL AFFAIRS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                              Case No. _____

**Benson Building  Supply Company** _____    Chapter **11** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **70**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 20, 2005** _____    _/s/ Dan Benson_ _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Benson Building  Supply Company**

**Bob's Hardware**
**2710 20th St**
**Rockford, IL  61109-1410**

**Constellation New Energy**
**550 W Washington Blvd**
**Chicago, IL  60661-2595**

**Ritz & Laughlin. Ltd.**
**728 N. Court St.**
**Rockford, IL  61103**

**Bonsal American**
**PO Box 651480**
**Charlotte, NC  28265-1480**

**Croops Door Service**
**9902 Gentian Dr**
**Machesney Park, IL  61115-1541**

**ADT SECURITY SERVICES**
**PO BOX 371967**
**PITTSBURGH, PA  15250-7967**

**Cannonball**
**LOCK BOX 36521**
**Chicago, IL  60693-0001**

**Custom Shutters**
**2801 S 163rd St**
**New Berlin, WI  53151-3611**

**Advance Business Machine**
**5344 11th St**
**Rockford, IL  61109-3658**

**Carlson Systems**
**9717 E 42nd St**
**Tulsa, OK  74146-3618**

**Edmund A. Allen Co.**
**PO Box 290**
**Momence, IL  60954-0290**

**Air Vent, Inc.**
**PO BOX7780_3004**
**Philadelphia, PA  19182-0001**

**Carquest Auto Parts**
**1207 11th St**
**Rockford, IL  61104-5017**

**Eric Benson & Carol Benson Executors**
**Barrick Switzer,Long Balsley Van Evera**
**6833 Statler Drive**
**Rockford, IL  61108**

**Amcore Investment Group**
**PO Box 4599**
**Rockford, IL  61110-4599**

**Century Building Supply**
**600 Boylston St**
**Loves Park, IL  61111-5907**

**Exxon Mobile Fleet**
**PO Box 530998**
**Atlanta, GA  30353-0998**

**Amcore Trust Department**
**424 7th St**
**Rockford, IL  61104-1259**

**Chris Industrial**
**2810-D**
**Northbrook, IL  60062**

**Fedex Freight**
**4103 Collection Center Dr**
**Chicago, IL  60693-0041**

**Appleton Suppy Co.**
**PO Box 88074**
**Chicago, IL  60680-1074**

**City Of Rockford**
**Payment  Center**
**PO Box 1221**
**Rockford, IL  61105-1221**

**GAP Material Corporation**
**PO Box 7247**
**Philadelphia, PA  19170-7247**

**Auto Owners Insurnce**
**PO Box 30215**
**Lansing, MI  48909-7715**

**Commercial Ceiling & Wall**
**9906 N Alpine Rd**
**Machesney Park, IL  61115-8211**

**Gypsum Supply Co.**
**1125 Harrison Ave**
**Rockford, IL  61104-7239**

**Avaya, Inc.**
**PO Box 73061**
**Chicago, IL  60673-7061**

**Computer Software Solutions**
**9717 E 42nd St**
**Tulsa, OK  74146-3618**

**Hearth & Home Technologies**
**13311 Collection Center Dr**
**Chicago, IL  60693-0133**

**Home Builders Association**
631 N Longwood St
Rockford, IL 61107-4266

**Marlin Leasing**
PO Box 13504
Philadelphia, PA 19101-3504

**Nextel Communications**
PO Box 4191
Carol Stream, IL 60197-4191

**Hutchinson, Inc.**
PO Box 368
Manchester, IA 52057

**Marlite**
PO Box 200267
Le Roy, WV 25252

**Nicor Gas**
PO Box 416
Aurora, IL 60507-2020

**HYC Company**
PO Box 771320
Saint Louis, MO 63177-2320

**Marshall Stamping Company**
355 Glade Hills Road
Valencia, PA 16059

**Nudo Products**
1500 Taylor Ave
Springfield, IL 62703-5663

**IBMC**
PO Box 643600
Pittsburgh, PA 15264-3600

**Mauh Nah Tee See Country Club**
5151 Guilford Rd
Rockford, IL 61107-2410

**Pactiv Corporation**
PO Box 905863
Charlotte, NC 28290-5863

**Illinois Lumber & Dealers**
932 S Spring St
Springfield, IL 62704-2725

**Maze Nails**
PO Box 449
Peru, IL 61354-0449

**Pepper Creek Greenhouse**
7295 Harrison Ave
Rockford, IL 61112-1040

**Indiana Insurance Co.**
PO Box 7906
Loveland, OH 45140-7906

**McAllister Equipment**
PO BOX 88025
Milwaukee, WI 53288-0001

**Pepsi Cola Company**
PO Box 7425
Rockford, IL 61126-7425

**Kelly Williamson**
PO Box 17082
Rockford, IL 61110-7082

**McGreey, Johnson & Williams**
6735 Vistagreen Way
Rockford, IL 61107-5653

**Per Mar Security Services**
PO Box 1101
Rockford, IL 61105-1101

**Kualer Manufacturing**
PO Box 59
Dubuque, IA 52004-0059

**Michigan Ladder Co.**
PO Box 961307
Ypsilanti, MI 48197

**R M McGladry**
501 7th St
Rockford, IL 61104-1242

**LL Building Products**
PO Box 7247
Philadelphia, PA 19170-7247

**Mid-City Office Products**
PO Box 957
Rockford, IL 61105-0957

**R. N. Lucas Co.**
3211 S Wood St
Chicago, IL 60608-6118

**Maggio Truck Center**
4762 Baxter Rd
Rockford, IL 61109-5252

**Newborn Brothers & Co.**
PO Box 128
Jessup, MD 20794-0128

**SBC**
Bill Payment Center
Chicago, IL 60663-0001

**Shelter Distribution**
**1407 Timber Dr**
**Elgin, IL  60123-1827**

**Werner Co.**
**1459 Paysphere Cir**
**Chicago, IL  60674-0014**

**Simpson Strong-Tie Company**
**PO Box 45687**
**San Francisco, CA  94145-0687**

**Wilson Wholesale Supply**
**405 Barrington Rd**
**Wauconda, IL  60084-2436**

**Sovereign Specialty Chemicals**
**Reliable Parkway**
**Chicago, IL  60686-0001**

**Sun Gro Horticulture**
**36212 Treasury Ctr**
**Chicago, IL  60694-6200**

**Sun Life Financial**
**PO BOX 0760**
**Carol Stream, IL  60132-0001**

**Tanco**
**PO Box 3928**
**Little Rock, AR  72203-3928**

**USF Holland**
**PO Box 9021**
**Holland, MI  49422-9021**

**Warp Brothers**
**4647 W Augusta Blvd**
**Chicago, IL  60651-3310**

**Waste Management**
**PO Box 9001054**
**Louisville, KY  40290-1054**

**Weather Tee**
**21605 Gateway Ct**
**Brookfield, WI  53045-5156**