## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN

| | |
|---|---|
| IN RE: | |
| BENSON BUILDING SUPPLY COMPANY | CHAPTER 7 -- Liquidation |
| | CASE NO. 05-73663 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION

NOW COMES BERNARD J. NATALE, Trustee herein, and respectfully submits to the Court and to the

United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on 07/20/05.  The Trustee was appointed on 07/20/05.  The

Trustee's case bond is in the amount of $0.00.

2.    The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties

enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to

cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property

belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim

objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to

be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is

0.00.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described

in Exhibit B.

4.    A summary of the Trustee's Final Report as of 02/05/09 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 70,617.55 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 46,776.30 |
| c. NET CASH available for distribution | $ | 23,841.25 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 6,780.88 |

   2.  Trustee Expenses (See Exhibit E)     $_____ 0.00

   3.  Compensation requested by attorney or other

      professionals for trustee (See Exhibit F)   $_____ 40,333.24

  e.  Illinois Income Tax for Estate (See Exhibit G)   $_____

5. The Bar Date for filing unsecured claims expired on 08/22/06.  The DIP report was filed on N/A.  The Bar Date for filing DIP claims expired on N/A.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a.  Allowed unpaid secured claims     $_____ 14,280.00

  b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims   $_____ 47,720.45

  c.  Allowed Chapter 11 Administrative Claims   $_____ 23,813.50

  d.  Allowed priority claims     $_____ 10,797.35

  e.  Allowed unsecured claims     $_____ 287,757.71

  f.  Surplus return to debtor     $_____ 0.00

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $28,000.46.  Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $4,660.55.  The total of Chapter 7 professional fees and expenses requested for final allowance is $4,660.55.

9. A fee of $3,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10. A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §110(h)(3).

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:   <u>February 6, 2009</u>          RESPECTFULLY SUBMITTED,


By: <u>**/S/ BERNARD J NATALE**</u>
    BERNARD J. NATALE, Trustee
    BERNARD J NATALE, LTD
    6833 STALTER DRIVE
    SUITE 201
    ROCKFORD, IL  61108
    Telephone # (815) 964-4700

### TASKS PERFORMED BY TRUSTEE – BENSON BUILDING SUPPLY COMPANY

This case was a conversion from Chapter 11.  The trustee continued, multiple times, the first meeting of creditors, until the debtor's principal, Daniel Benson, was ordered to appear on behalf of the debtor for examination.  The trustee finally then conducted a first meeting of creditors.   An initial report of trustee in an asset case was then requested.  Estate records were maintained.  Throughout case administration annual reports have been prepared for the U S Trustee.

Debtor's Chapter 11 attorney's fees application was reviewed.

A site inspection of the debtor's business facility was conducted.  Various sales strategies were considered for the sale of the presented assets of the debtor left in the former business facility.

Negotiations were conducted with the landlord's attorney for continued possession during a reasonable period for site clean up and sale of personal property.

Additional site inspections were conducted to recover, to the extent possible, books and records.

The trustee received information of the concealment of various corporate assets by the debtor's principal, Daniel Benson.  The trustee then coordinated with the U S Marshal's service for the execution of warrants at Mr. Benson's personal residence, which further allowed the trustee a site inspection of the suspected concealed assets and the arrest of Daniel Benson for his failure to appear at a creditor's meeting.

Issues of an orphaned 401(K) plan were discussed with the former plan administrator.

Tax issues were discussed with the debtor's former accountants as well as trustee's accountants throughout the case as related to the filing of tax returns without prior year records due to the absence of records available to the trustee.

The trustee's staff accompanied the U S Marshals for recovery of concealed property and towing of the same to a site from which property could later be sold.  The trustee then inspected recovered property for sale and pursued recovery of titles to allow the sale of vehicles and trailers.

Claims were examined.

A final report was prepared.  A trustee's final account will be prepared.

**EXHIBIT A**

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 05-73663 MB | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** BENSON BUILDING SUPPLY COMPANY | **Filed (f) or Converted (c):** 12/14/05 (c) |
| | **§341(a) Meeting Date:** 01/05/06 |
| **Period Ending:** 02/05/09 | **Claims Bar Date:** 08/22/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PETTY CASE | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 | CITY NATIONAL BANK | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | SUN LIFE FINANCIAL #9255463 (INSURANCE) | 2,042.00 | 1.00 | DA | 0.00 | FA |
| 4 | ACCOUNT RECEIVABLE AS OF 7/20/05 | 80,543.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1971 FRUEHAUF VAN TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1977 STRICK FLAT TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1980 TRAILMOBILE TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1981 IHC TRUCK WITH ELV LIFT | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 9 | 1984 IHC TRACTOR | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 10 | 1987 TRANSCRAFT TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1992 INTERNATIONAL FLAT BED TRUCK | 50,000.00 | 20,000.00 | | 23,500.00 | FA |
| 12 | 1996 GMC PICK UP TRUCK | 0.00 | 0.00 | | 1,300.00 | FA |
| 13 | 2001 INTERNATIONAL STRAIGHT TRUCK | 0.00 | 0.00 | | 17,000.00 | FA |
| 14 | MISC OFFICE EQUIP - DESK, CHAIRS, COPY MACHINE | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 15 | INVENTORY OF BUILDINGS - BLDG SUPPLIES  (u) | Unknown | 9,000.00 | | 9,000.00 | FA |
| 16 | 1983 INTERNATIONAL S1900 STAKE TRUCK  (u) | Unknown | 3,500.00 | | 3,500.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-73663 MB  
**Case Name:** BENSON BUILDING SUPPLY COMPANY

**Period Ending:** 02/05/09

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/14/05 (c)  
**§341(a) Meeting Date:** 01/05/06  
**Claims Bar Date:** 08/22/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 1992 INTERNATIONAL 940 TL SEMI TRACTOR  (u) | 0.00 | 0.00 | | 6,100.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 717.55 | Unknown |
| **18** | **Assets**          **Totals** (Excluding unknown values) | **$138,685.00** | **$42,101.00** | | **$70,617.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR RESPONSE FROM IRS TO WAIVE FILING PRE-PETITION PRIOR TAX RETURNS AS NO RECORDS AVAILABLE TO ESTATE TO FILE MISSING RETURNS.

**Initial Projected Date Of Final Report (TFR):** December 31, 2007       **Current Projected Date Of Final Report (TFR):** December 31, 2009

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 05-73663 MB | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | BENSON BUILDING SUPPLY COMPANY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2950384 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 02/05/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/17/06 | | JOBBERS-RECORDINGS-COUNTRY, INC. | SALE OF INVENTORY AND VEHICLES LOCATED AT 1901 HARRISON AVE | | 22,000.00 | | 22,000.00 |
| | {14} | | Sale of MIsc Office Equipment | 1,000.00 | 1129-000 | | | 22,000.00 |
| | {16} | | Sale of Stake Truck | 3,500.00 | 1229-000 | | | 22,000.00 |
| | {15} | | Sale of Inventory of Harrison Ave Bldg | 9,000.00 | 1229-000 | | | 22,000.00 |
| | {8} | | Sale of Forklift truck | 5,000.00 | 1129-000 | | | 22,000.00 |
| | {9} | | Sale of IHC Tractor | 3,500.00 | 1129-000 | | | 22,000.00 |
| 04/20/06 | 1001 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped on 06/12/06 | 2990-004 | | 65.00 | 21,935.00 |
| 04/20/06 | 1002 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped on 06/12/06 | 2990-004 | | 65.00 | 21,870.00 |
| 04/20/06 | 1003 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped on 06/12/06 | 2990-004 | | 65.00 | 21,805.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 5.79 | | 21,810.79 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.96 | | 21,825.75 |
| 06/06/06 | 1004 | MILLER AUCTION SERVICE INC. | PAYMENTS OF COMMISSION ON SALE TO JRC, INC. | 3610-000 | | 3,300.00 | 18,525.75 |
| 06/06/06 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #05-73663, BOND #016018067 | 2300-000 | | 17.59 | 18,508.16 |
| 06/12/06 | 1001 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped: check issued on 04/20/06 | 2990-004 | | -65.00 | 18,573.16 |
| 06/12/06 | 1002 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE | 2990-004 | | -65.00 | 18,638.16 |

|  | | | Subtotals : | | $22,020.75 | $3,382.59 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-73663 MB | |
| **Case Name:** | BENSON BUILDING SUPPLY COMPANY | |
| | | |
| **Taxpayer ID #:** | 36-2950384 | |
| **Period Ending:** | 02/05/09 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*67-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 04/20/06 | | | | | |
| 06/12/06 | 1003 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE<br>Stopped: check issued on 04/20/06 | | 2990-004 | | -65.00 | 18,703.16 |
| 06/12/06 | 1006 | I SPINELLO LOCKSMITHS | INVOICE #152166 | | 2420-000 | | 652.83 | 18,050.33 |
| 06/29/06 | | To Account #\*\*\*\*\*\*\*\*6766 | FILING FEES FOR ADVERSARY CASES | | 9999-000 | | 525.00 | 17,525.33 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.85 | | 17,538.18 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 11.92 | | 17,550.10 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 11.93 | | 17,562.03 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 11.16 | | 17,573.19 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.32 | | 17,585.51 |
| 11/02/06 | | To Account #\*\*\*\*\*\*\*\*6766 | FOR TITLES ON TRUCKS | | 9999-000 | | 500.00 | 17,085.51 |
| 11/13/06 | | ACTION AUCTIONEERING | PROCEEDS FROM SALE OF VEHICLES | | | 17,202.00 | | 34,287.51 |
| | {13} | | Sale of Int'l Straight truck | 17,000.00 | 1129-000 | | | 34,287.51 |
| | {12} | | Sale of 96 P/U truck | 1,300.00 | 1129-000 | | | 34,287.51 |
| | | ACTION AUCTIONEERING | Auctioneer Fees | -1,098.00 | 3610-000 | | | 34,287.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 17.28 | | 34,304.79 |
| 12/27/06 | | To Account #\*\*\*\*\*\*\*\*6766 | FOR PYMT OF ADMINISTRATIVE<br>PAYMENTS | | 9999-000 | | 2,500.00 | 31,804.79 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 21.63 | | 31,826.42 |
| 01/18/07 | | To Account #\*\*\*\*\*\*\*\*6766 | TRANSFER TO PAY SECURED CLAIM | | 9999-000 | | 14,500.00 | 17,326.42 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | | 1270-000 | 19.41 | | 17,345.83 |
| 02/01/07 | | ACTION AUCTIONEERING | SALE PROCEEDS FROM AUCTION | | | 29,600.00 | | 46,945.83 |
| | {11} | | PROCEEDS FOR SALE<br>OF 92 INT'L TANDEM<br>W/CRANE | 23,500.00 | 1129-000 | | | 46,945.83 |
| | | | **Subtotals :** | | | **$46,920.50** | **$18,612.83** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 MB | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | BENSON BUILDING SUPPLY COMPANY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2950384 | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 02/05/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {17} | | PROCEEDS FOR SALE        6,100.00<br>OF 92 INT'L SEMI<br>TRACTOR | 1229-000 | | | 46,945.83 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 33.43 | | 46,979.26 |
| 03/01/07 | | To Account #********6766 | TRANSFER TO PAY AUCTIONEER | 9999-000 | | 1,800.00 | 45,179.26 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 35.31 | | 45,214.57 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 36.47 | | 45,251.04 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 36.50 | | 45,287.54 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 34.17 | | 45,321.71 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 37.73 | | 45,359.44 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 36.58 | | 45,396.02 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 33.07 | | 45,429.09 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 39.00 | | 45,468.09 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8200% | 1270-000 | 125.15 | | 45,593.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8200% | 1270-000 | 31.74 | | 45,624.98 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 28.53 | | 45,653.51 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4200% | 1270-000 | 15.22 | | 45,668.73 |
| 03/24/08 | | To Account #********6766 | Transfer to Pay Interim Atty Fees and<br>Expenses | 9999-000 | | 20,000.00 | 25,668.73 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2700% | 1270-000 | 12.47 | | 25,681.20 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2700% | 1270-000 | 5.69 | | 25,686.89 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 5.08 | | 25,691.97 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 5.23 | | 25,697.20 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 5.23 | | 25,702.43 |

| | | | Subtotals : | | $556.60 | $21,800.00 | |

{} Asset reference(s)

Printed: 02/05/2009 09:04 AM   V.11.03

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 MB | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | BENSON BUILDING SUPPLY COMPANY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2950384 | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 02/05/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 4.89 | | 25,707.32 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 5.40 | | 25,712.72 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 4.95 | | 25,717.67 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 3.05 | | 25,720.72 |
| 12/29/08 | | To Account #*******6766 | TRANSFER FOR ACCTG FEES | 9999-000 | | 2,400.00 | 23,320.72 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 2.27 | | 23,322.99 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.14 | | 23,324.13 |

|  | | | | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 69,519.55 | 46,195.42 | **$23,324.13** |
| Less: Bank Transfers | 0.00 | 42,225.00 | |
| **Subtotal** | 69,519.55 | 3,970.42 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$69,519.55** | **$3,970.42** | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-73663 MB |
| **Case Name:** | BENSON BUILDING SUPPLY COMPANY |
| **Taxpayer ID #:** | 36-2950384 |
| **Period Ending:** | 02/05/09 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****67-66 - Checking Account |
| **Blanket Bond:** | $552,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/06 | | From Account #********6765 | FILING FEES FOR ADVERSARY CASES | 9999-000 | 525.00 | | 525.00 |
| 06/29/06 | 101 | CAPITAL ONE FSB | PYMT ON ACCT 4802-1323-0660-2478<br>FILING FEE - BENSON ADV | 2700-000 | | 250.00 | 275.00 |
| 07/24/06 | 102 | CAPITAL ONE FSB | PYMT ON ACCT #4802132306602478 | 2700-000 | | 250.00 | 25.00 |
| 11/02/06 | | From Account #********6765 | FOR TITLES ON TRUCKS | 9999-000 | 500.00 | | 525.00 |
| 11/02/06 | 103 | ILLINOIS SECRETARY OF STATE | TITLE FOR INT'L SEMI TRACTOR VIN<br>2HSFHBGR2NC059920<br>Voided on 12/04/06 | 2990-003 | | 80.00 | 445.00 |
| 11/02/06 | 104 | ILLINOIS SECRETARY OF STATE | TITLE FOR 1992 INT'L TRUCK VIN<br>1HTGHN6R5NH429172<br>Voided on 12/04/06 | 2990-003 | | 80.00 | 365.00 |
| 12/04/06 | 103 | ILLINOIS SECRETARY OF STATE | TITLE FOR INT'L SEMI TRACTOR VIN<br>2HSFHBGR2NC059920<br>Voided: check issued on 11/02/06 | 2990-003 | | -80.00 | 445.00 |
| 12/04/06 | 104 | ILLINOIS SECRETARY OF STATE | TITLE FOR 1992 INT'L TRUCK VIN<br>1HTGHN6R5NH429172<br>Voided: check issued on 11/02/06 | 2990-003 | | -80.00 | 525.00 |
| 12/04/06 | 105 | ILLINOIS SECRETARY OF STATE | TITLE FOR INT'L SEMI TRACTOR VIN<br>2HSFHBGR2NC059920 | 2990-003 | | 65.00 | 460.00 |
| 12/04/06 | 106 | ILLINOIS DEPT OF REVENUE | VEHICLE USE TAX TRANSACTION RETURN<br>- VIN 2HSFHBGR2NCO59920 | 2990-000 | | 15.00 | 445.00 |
| 12/04/06 | 107 | ILLINOIS SECRETARY OF STATE | TITLE FOR 1992 INT'L TRUCK VIN<br>1HTGHN6R5NH429172 | 2990-003 | | 65.00 | 380.00 |
| 12/04/06 | 108 | ILLINOIS DEPT OF REVENUE | VEHICLE USE TAX TRANSACTION RETURN<br>- VIN 1HTGHN6R5NH429172 | 2990-000 | | 15.00 | 365.00 |

| | | | **Subtotals :** | | **$1,025.00** | **$660.00** | |

{} Asset reference(s)

Printed: 02/05/2009 09:04 AM    V.11.03

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 MB | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | BENSON BUILDING SUPPLY COMPANY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****67-66 - Checking Account |
| Taxpayer ID #: | 36-2950384 | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 02/05/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/06 | | From Account #********6765 | FOR PYMT OF ADMINISTRATIVE PAYMENTS | 9999-000 | 2,500.00 | | 2,865.00 |
| 12/27/06 | 109 | MAGGIO TRUCK CENTER INC | PYMT OF INVOICES 123767 ($1500) 123768($500) | 2500-000 | | 2,000.00 | 865.00 |
| 01/18/07 | | From Account #********6765 | TRANSFER TO PAY SECURED CLAIM | 9999-000 | 14,500.00 | | 15,365.00 |
| 01/18/07 | 110 | ASSOCIATED BANK | PAYMENT OF SECURED CLAIM ON TRUCK | 4210-000 | | 14,280.00 | 1,085.00 |
| 03/01/07 | | From Account #********6765 | TRANSFER TO PAY AUCTIONEER | 9999-000 | 1,800.00 | | 2,885.00 |
| 03/01/07 | 111 | ACTION AUCTIONEERING | PYMT OF FEES FOR SALE OF 2 VEHICLES ORDERED ON 02/28/07 | 3610-000 | | 1,776.00 | 1,109.00 |
| 05/31/07 | 112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73663, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI Voided on 05/31/07 | 2300-003 | | 38.98 | 1,070.02 |
| 05/31/07 | 112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73663, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI Voided: check issued on 05/31/07 | 2300-003 | | -38.98 | 1,109.00 |
| 05/31/07 | 113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2007 FOR CASE #05-73663, BOND NO. 016018067 | 2300-000 | | 39.67 | 1,069.33 |
| 03/24/08 | | From Account #********6765 | Transfer to Pay Interim Atty Fees and Expenses | 9999-000 | 20,000.00 | | 21,069.33 |

| | | | Subtotals : | | $38,800.00 | $18,095.67 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 MB | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | BENSON BUILDING SUPPLY COMPANY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****67-66 - Checking Account |
| Taxpayer ID #: | 36-2950384 | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 02/05/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/08 | 114 | BERNARD J. NATALE. LTD. | PAYMENT OF INTERIM FEES & EXPENSES PER ORDER ENTERED 3/24/08 | | | 20,453.66 | 615.67 |
| | | | Ref # INTERIM FEES        20,078.75 2/28/06-2/28/08  ORDER ENTERED 3/24/08 | 3110-000 | | | 615.67 |
| | | | Ref # INTERIM EXP        374.91 2/28/06-2/28/08  ORDER ENTERED 3/24/08 | 3120-000 | | | 615.67 |
| 06/02/08 | 115 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #05-73663, BOND #016018067 | 2300-000 | | 27.75 | 587.92 |
| 12/29/08 | | From Account #********6765 | TRANSFER FOR ACCTG FEES | 9999-000 | 2,400.00 | | 2,987.92 |
| 12/29/08 | 116 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 321158 - BENSON BUILDING | 3410-000 | | 2,470.80 | 517.12 |
| | | | **ACCOUNT TOTALS** | | **42,225.00** | **41,707.88** | **$517.12** |
| | | | Less: Bank Transfers | | 42,225.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **41,707.88** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$41,707.88** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-73663 MB
**Case Name:** BENSON BUILDING SUPPLY COMPANY

**Taxpayer ID #:** 36-2950384
**Period Ending:** 02/05/09

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****67-66 - Checking Account
**Blanket Bond:** $552,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****67-65 | 69,519.55 | 3,970.42 | 23,324.13 |
| Checking # ***-*****67-66 | 0.00 | 41,707.88 | 517.12 |
| | $69,519.55 | $45,678.30 | $23,841.25 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN**

IN RE:

BENSON BUILDING SUPPLY COMPANY

Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 05-73663 MB

HONORABLE MANUEL BARBOSA

### DISTRIBUTION REPORT

I, <u>BERNARD J. NATALE</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 16,567.16 |
| Chapter 11 Administrative Expenses: | $ 7,274.09 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 23,841.25 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $<u>16,567.16</u> for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| FF | CAPITAL ONE FSB | 250.00 | 0.00 |
| 35 | Office of the U.S. Trustee | 1,000.00 | 1,000.00 |
| ACCT | LINDGREN CALLIHAN VAN OSDOL & CO LTD | 2,470.80 | 0.00 |

**EXHIBIT D**

| | | | |
|---|---|--:|--:|
| FF2 | CAPITAL ONE FSB | 250.00 | 0.00 |
| LOCK | I SPINELLO LOCKSMITHS | 652.83 | 0.00 |
| TRTE | BERNARD J. NATALE | 6,780.88 | 6,780.88 |
| ACTION | ACTION AUCTIONEERING | 1,776.00 | 0.00 |
| AUCT1 | MILLER AUCTION SERVICE INC. | 3,300.00 | 0.00 |
| INTEXP | BERNARD J. NATALE, LTD. | 374.91 | 0.00 |
| MAGGIO | MAGGIO TRUCK CENTER INC | 2,000.00 | 0.00 |
| ADMRENT | Carol & Eric Benson | 7,500.00 | 7,500.00 |
| INTATTY | BERNARD J. NATALE, LTD. | 20,078.75 | 0.00 |
| ATTYFINA | BERNARD J. NATALE, LTD. | 1,237.50 | 1,237.50 |
| EXPFINAL | BERNARD J. NATALE, LTD. | 48.78 | 48.78 |
| | | TOTAL          $ | 16,567.16 |

b. $7,274.09 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|--:|--:|
| 44 | Illinois Department of Revenue | 12,767.00 | 3,899.82 |
| ATYDIP | RITZ & LAUGHLIN LTD | 11,046.50 | 3,374.27 |
| | | TOTAL          $ | 7,274.09 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|--:|--:|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|--:|--:|
| | | TOTAL          $ | 0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|--:|--:|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $      4,925.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|--:|--:|
| | IRS - FEDERAL W/H | 492.50 | 0.00 |
| | IRS - SOCIAL SECURITY EMPLOYEE PORTION | 305.35 | 0.00 |
| | IRS - MEDICARE EMPLOYEE PORTION | 71.41 | 0.00 |
| | ILL DEPT OF REVENUE - STATE W/H | 147.75 | 0.00 |
| 55 | Daniel W Benson | 3,907.99 | 0.00 |

**EXHIBIT D**

|  |  | TOTAL |  |
|--|--|------:|--|
|  |  | $ | 0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | | $ 5,444.95 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|--------------|----------|-------------------|--------------------|
| 7 | Amcore Trust Department | 5,444.95 | 0.00 |
|  | TOTAL | $ | 0.00 |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|--------------|----------|-------------------|--------------------|
|  | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|--------------|----------|-------------------|--------------------|
|  | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| §507(a)(7) -Claims for alimony, maintenance or support: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|--------------|----------|-------------------|--------------------|
|  | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|----|----------------|------------------------|-----------------|
| Taxes §724(b) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|--------------|----------|-------------------|--------------------|
|  | TOTAL | $ | 0.00 |

**EXHIBIT D**

| 8. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | | $ 427.40 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | IRS - SOCIAL SECURITY EMPLOYER PORTION | 305.35 | 0.00 |
| | IRS - MEDICARE EMPLOYER PORTION | 71.41 | 0.00 |
| | IRS - FEDERAL UNEMPLOYMENT TAX EMPLOYER PORTION | 0.39 | 0.00 |
| | ILL EMPLOYMENT SECURITY - STATE UNEMP TAX EMPLOYER PORTION | 49.25 | 0.00 |
| 22 | Illinois Department of Revenue | 1.00 | 0.00 |
| | | TOTAL          $ | 0.00 |

| 9. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL          $ | 0.00 |

d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $287,757.71, yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 287,757.71 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1 | Century Building Supply, Inc. | 2,745.82 | 0.00 |
| 2 | Bob's Hardware | 1,202.25 | 0.00 |
| 3 | Klauer Manufacturing | 65.54 | 0.00 |
| 4 | Air Vent, Inc. | 2,851.66 | 0.00 |
| 5 | R. M. Lucas Co. | 6,280.56 | 0.00 |
| 6 | HYC Company | 38.43 | 0.00 |
| 8 | Nextel West Corp | 753.91 | 0.00 |
| 9 | Simpson Strong-Tie Company | 2,340.25 | 0.00 |
| 10 | Marlin Leasing Corp. | 1,036.77 | 0.00 |

**EXHIBIT D**

| 12 | Pepper Creek Greenhouse | 52.65 | 0.00 |
|---|---|---|---|
| 14 | Pactiv Corporation | 8,677.33 | 0.00 |
| 15 | Citibank (USA) NA | 4,693.43 | 0.00 |
| 16 | Sun Gro Horticulture | 2,653.22 | 0.00 |
| 17 | Cannonball | 1,108.78 | 0.00 |
| 18 | Michigan Ladder Co. | 797.58 | 0.00 |
| 19 | SFS INTEC, INC. | 2,142.81 | 0.00 |
| 21 | Illinois Bell Telephone Co Inc | 1,210.33 | 0.00 |
| 22A | Illinois Department of Revenue | 48.00 | 0.00 |
| 23 | USF Holland | 511.18 | 0.00 |
| 30 | Tarco | 4,295.72 | 0.00 |
| 31 | Avaya, Inc. | 455.00 | 0.00 |
| 32 | Weather Tee | 3,572.96 | 0.00 |
| 33 | Avaya, Inc. | 273.00 | 0.00 |
| 34 | Old Castle Retail Inc dba Bonsal American | 14,792.78 | 0.00 |
| 38 | GAF Material Corporation | 90,292.20 | 0.00 |
| 39 | McGreevy Williams, P.C. | 394.40 | 0.00 |
| 40 | Commercial Ceiling & Wall | 138.24 | 0.00 |
| 42 | Auto Owners Insurance Co | 1,154.85 | 0.00 |
| 45 | Anderson Rock River Ford | 450.36 | 0.00 |
| 46 | Hearth & Home Technologies | 579.18 | 0.00 |
| 54 | Nudo Products | 573.52 | 0.00 |
| 55A | Benson Building Supply Company   History | 131,575.00 | 0.00 |
| | | TOTAL         $ | 0.00 |

e.  $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $        0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

f.  $0.00 for fines and penalties

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $        0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**EXHIBIT D**

TOTAL      $              0.00

g.  $0.00 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $              0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

h.  $0.00 Subordinated General Unsecured Claims

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated General Unsecured Claims | $              0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

i.  $0.00 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $              0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

j.  $0.00 for secured creditors

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Creditors | $         14,280.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| ASSOC | ASSOCIATED BANK | 14,280.00 | 0.00 |
| | | TOTAL      $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

**EXHIBIT D**

| | | | | |
|---|---|---|---|---|
| Unsecured  11 | Marlin Leasing Corp.<br>300 Fellowship Rd.<br>Mount Laurel New, Je  08054- | $ | 1,036.77 | **DENIED** |
| Unsecured  13 | Mauh Nah Tee See Country Club<br>5151 Guilford Rd<br>Rockford, IL  61107-2410 | $ | 6,245.13 | **DENIED** |
| Unsecured  20 | Dennis Leahy<br>1 Court PL<br>Rockford, IL  61101- | $ | 1,750.00 | **DENIED** |
| Unsecured  24 | Carol Benson, Administrator of the Estate of Andre<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 175,384.43 | **DENIED** |
| Unsecured  25 | Carol Benson, Administrator of the Estate of Andre<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 8,121.68 | **DENIED** |
| Unsecured  26 | Carol Benson, Administrator of the Estate of Andre<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 163,350.00 | **DENIED** |
| Unsecured  27 | Eric Benson<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 175,384.43 | **DENIED** |
| Unsecured  28 | Eric Benson<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 163,350.00 | **DENIED** |
| Unsecured  29 | Eric Benson<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 8,121.68 | **DENIED** |
| Unsecured  36 | Bob's Hardware<br>2710 20th St<br>Rockford, IL  61109-1410 | $ | 1,202.25 | **DENIED** |
| Unsecured  37 | Carol Benson, Administrator of the Estate of Andre<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 163,350.00 | **DENIED** |
| Unsecured  41 | Tarco<br>PO Box 3928<br>Little Rock, AR  72203-3928 | $ | 4,295.75 | **DENIED** |
| Unsecured  43 | Pactiv Corporation<br>PO Box 905863<br>Charlotte, NC  28290-5863 | $ | 7,957.11 | **DENIED** |

**EXHIBIT D**

| Unsecured | 47 | Sun Gro Horticulture<br>c/o Charles C. Robinson Garvey Schubert<br>Barer,1191 Second Avenue 18th FL<br>Seattle, WA  98101- | $ | 2,653.22 | **DENIED** |
|---|---|---|---|---|---|
| Unsecured | 48 | Carol Benson, Administrator of the Estate of Andre<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 8,121.68 | **DENIED** |
| Unsecured | 49 | Carol Benson, Administrator of the Estate of Andre<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 175,384.43 | **DENIED** |
| Unsecured | 50 | Eric Benson<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 8,121.68 | **DENIED** |
| Unsecured | 51 | Eric Benson<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 163,350.00 | **DENIED** |
| Unsecured | 52 | Eric Benson<br>c/o Tyler A. Moore<br>6833 Stalter Drive<br>Rockford, IL  61108- | $ | 175,384.43 | **DENIED** |
| Unsecured | 53 | Pepper Creek Greenhouse<br>7295 Harrison Ave<br>Rockford, IL  61112-1040 | $ | 52.65 | **DENIED** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: FEBRUARY 5, 2009                    /S/ **BERNARD J NATALE**

                                           BERNARD J. NATALE, Trustee

**EXHIBIT D**