Case Name: BENSON BUILDING SUPPLY COMPANY
Case No:      05-73663

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated:3/6/09                              WILLIAM T. NEARY
                                          United States Trustee, Region 11



                    BY:    _/s/ Carole J. Ryczek_____
                           CAROLE J. RYCZEK
                           Attorney for the U.S. Trustee