# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN

| | |
|---|---|
| IN RE:<br>BENSON BUILDING SUPPLY COMPANY | CHAPTER 7 -- Liquidation |
| | CASE NO. 05-73663 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID Number:xx-xxx0384 | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: April 6**, 2009**
    at: **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| LINDGREN CALLIHAN VAN OSDOL & CO LTD<br>Trustee's Accountant | $  2,470.80 | 0.00 | |
| BERNARD J. NATALE<br>Trustee | $  0.00 | 6,780.88 | |
| ACTION AUCTIONEERING<br>Auctioneer | $  1,776.00 | 0.00 | |
| RITZ & LAUGHLIN LTD<br>Trustee/DIP Attorney | $  0.00 | 3,374.27 | |
| MILLER AUCTION SERVICE INC.<br>Auctioneer | $  3,300.00 | 0.00 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  374.91 | | 0.00 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  20,078.75 | 0.00 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | 1,237.50 | |

| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 48.78 |
|---|---|---|---|

4. The Trustee's Final Report shows total:

    a. Receipts      $ 70,617.55

    b. Disbursements      $ 46,776.30

    c. Net Cash Available for Distribution      $ 23,841.25

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $49,497.18. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $287,757.71, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: February 6, 2009          For the Court,

                                               By: /s/ BERNARD J NATALE

                                               Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez              Page 1 of 2                   Date Rcvd: Mar 12, 2009
Case: 05-73663                 Form ID: pdf002            Total Served: 91

The following entities were served by first class mail on Mar 14, 2009.
db         +Benson Building Supply Company,    1901 Harrison Avenue,    Rockford, IL 61104-7271
9602237     ADT SECURITY SERVICES,    PO BOX 371967,    PITTSBURGH, PA 15250-7967
9602238    +Advance Business Machine,    5344 11th St,    Rockford, IL 61109-3682
9602239     Air Vent, Inc.,    PO BOX7780_3004,    Philadelphia, PA 19182-0001
9639884    +Air Vent, Inc.,    3000 West Commerce,    Dallas, TX 75212-4807
9655762    +Alpine Bank,    1700 N Alpine Rd,    Rockford, IL 61107-1459
9602240    +Amcore Trust Department,    424 7th St,    Rockford IL 61104-1259
10678778   +Anderson Rock River Ford,    224 North Alpine Road,    Rockford,    Illinois 61107-4904,    61107
10673211   +Anderson Rock River Ford,    224 N Alpine Rd,    Rockford, IL 61107-4904
9602242     Appleton Suppy Co.,    PO Box 88074,    Chicago, IL 60680-1074
9655763    +Assicuated Bank,    612 N Main St,    Rockford, IL 61103-6967
10778409   +Auto Owners Insurance Co,    attn: Acounts Rec Dept,    PO Box 30660,    Lansing, MI 48909-8160
9602243     Auto Owners Insurnce,    PO Box 30215,    Lansing, MI 48909-7715
9602244   +++Avaya, Inc.,    c/o RMS Bankruptcy Services,    POB 5126,    Timonium MD 21094-5126
9602245    +Bob's Hardware,    2710 20th St,    Rockford, IL 61109-1498
9602246     Bonsal American,    PO Box 651480,    Charlotte, NC 28265-1480
9602247    +Cannonball,    1965 Pratt Blvd,    Elk Grove Village, IL 60007-5905
9602248     Carlson Systems,    9717 E 42nd St,    Tulsa, OK 74146-3618
10504501   +Carol Benson, Administrator of the Estate of Andre,    c/o Tyler A. Moore,    6833 Stalter Drive,
             Rockford, IL 61108-2579
9602249     Carquest Auto Parts,    1207 11th St,    Rockford, IL 61104-5017
9602250     Century Building Supply, Inc.,    600 Boylston St,    Loves Park, IL 61111-5907
9602251     Chris Industrial,    2810-D,    Northbrook, IL 60062
9725784    +Citibank (USA) NA,    Conoco Payment Center,    4300 Westown Parkway,
             West Des Moines, IA 50266-1266
9602252     City Of Rockford,    Payment Center,    PO Box 1221,    Rockford, IL 61105-1221
9602253     Commercial Ceiling & Wall,    9906 N Alpine Rd,    Machesney Park, IL 61115-8211
9602254     Computer Software Solutions,    9717 E 42nd St,    Tulsa, OK 74146-3618
9602255     Constellation New Energy,    550 W Washington Blvd,    Chicago, IL 60661-2595
9602256     Croops Door Service,    9902 Gentian Dr,    Machesney Park, IL 61115-1541
9602257    +Custom Shutters,    2801 S 163rd St,    New Berlin, WI 53151-3677
9655764    +Dennis Leahy,    1 Court PL,    Rockford, IL 61101-1030
9602258     Edmund A. Allen Co.,    PO Box 290,    Momence, IL 60954-0290
10504502   +Eric Benson,    c/o Tyler A. Moore,    6833 Stalter Drive,    Rockford, IL 61108-2579
9602259    +Eric Benson & Carol Benson Executors,    Barrick Switzer,Long Balsley Van Evera,
             6833 Statler Drive,    Rockford, IL 61108-2579
9602260     Exxon Mobile Fleet,    PO Box 530998,    Atlanta, GA 30353-0998
9602261     Fedex Freight,    4103 Collection Center Dr,    Chicago, IL 60693-0041
9602262     GAF Material Corporation,    PO Box 7247,    Philadelphia, PA 19170-7247
9602263    +Gypsum Supply Co.,    1125 Harrison Ave,    Rockford, IL 61104-7293
9602267     HYC Company,    PO Box 771320,    Saint Louis, MO 63177-2320
9602264     Hearth & Home Technologies,    13311 Collection Center Dr,    Chicago, IL 60693-0133
9602265     Home Builders Association,    631 N Longwood St,    Rockford, IL 61107-4266
9602266     Hutchinson, Inc.,    PO Box 368,    Manchester, IA 52057
9602268     IBMC,    PO Box 643600,    Pittsburgh, PA 15264-3600
10441414   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
             100 W. Randolph St., #7-400,    Chicago, IL 60601)
9928255    +Illinois Bell Telephone Co Inc,    PO Box 981268,    West Sacramento, CA 95798-1268
9602269    +Illinois Lumber & Dealers,    932 S Spring St,    Springfield, IL 62704-2700
9602270     Indiana Insurance Co.,    PO Box 7906,    Loveland, OH 45140-7906
9655761    +Ivex Corporation,    292 Logan Ave,    Joliet, IL 60433-1200
9602271     Kelly Williamson,    PO Box 17082,    Rockford, IL 61110-7082
9602272     Klauer Manufacturing,    PO Box 59,    Dubuque, IA 52004-0059
9602273     LL Building Products,    PO Box 7247,    Philadelphia, PA 19170-7247
9602274    +Maggio Truck Center,    4762 Baxter Rd,    Rockford, IL 61109
9602275     Marlin Leasing,    PO Box 13504,    Philadelphia, PA 19101-3504
9688618    +Marlin Leasing Corp.,    300 Fellowship Rd.,    Mount Laurel, New Jersey 08054-1727
9602276     Marlite,    PO Box 200267,    Le Roy, WV 25252
9602277    +Marshall Stamping Company,    355 Glade Hills Road,    Valencia, PA 16059-3315
9602278    +Mauh Nah Tee See Country Club,    5151 Guilford Rd,    Rockford, IL 61107-2499
9602279     Maze Nails,    PO Box 449,    Peru, IL 61354-0449
9602280     McAllister Equipment,    PO BOX 88025,    Milwaukee, WI 53288-0001
10762435   +McGreevy Williams, P.C.,    POB 2903,    Rockford, IL 61132-2903
9602281    +McGreey, Johnson & Williams,    6735 Vistagreen Way,    Rockford, IL 61107-5603
9602282     Michigan Ladder Co.,    PO Box 961307,    Ypsilanti, MI 48197
9602283     Mid-City Office Products,    PO Box 957,    Rockford, IL 61105-0957
9602284     Newborn Brothers & Co.,    PO Box 128,    Jessup, MD 20794-0128
9602285     Nextel Communications,    PO Box 4191,    Carol Stream, IL 60197-4191
9681593     Nextel West Corp,    Nextel Communications Inc,    Attn: Bankruptcy,    PO Box 172408,
             Denver, CO 80217-2408
9602286     Nicor Gas,    PO Box 416,    Aurora, IL 60507-2020
9602287     Nudo Products,    1500 Taylor Ave,    Springfield, IL 62703-5663
10565700   +Office of the U.S. Trustee,    780 Regent Street,,    Suite 304,,    Madison, WI 53715-2635
10565118   +Old Castle Retail Inc dba Bonsal American,    8201 Arrowridge Blvd,    Charlotte NC 28273-5678
9602288     Pactiv Corporation,    PO Box 905863,    Charlotte, NC 28290-5863
9602289     Pepper Creek Greenhouse,    7295 Harrison Ave,    Rockford, IL 61112-1040
9602290    +Pepsi Cola Company,    PO Box 7425,    Rockford, IL 61126
9602291     Per Mar Security Services,    PO Box 1101,    Rockford, IL 61105-1101
9602292     R M McGladry,    501 7th St,    Rockford, IL 61104-1242
9602293     R. M. Lucas Co.,    3211 S Wood St,    Chicago, IL 60608-6118
9602236    +Ritz & Laughlin Ltd,    728 N Court St,    Rockford, IL 61103-6922
9602294     SBC,    Bill Payment Center,    Chicago, IL 60663-0001
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Mar 12, 2009
Case: 05-73663                Form ID: pdf002            Total Served: 91

9861282       +SFS INTEC, INC.,   Spring St. & Van Reed Rd.,   PO box 6326,   Wyomissing, PA 19610-0326
9602295        Shelter Distribution,   1407 Timber Dr,   Elgin, IL 60123-1827
9602296        Simpson Strong-Tie Company,   PO Box 45687,   San Francisco, CA 94145-0687
9602297        Sovereign Specialty Chemicals,   Reliable Parkway,   Chicago, IL 60686-0001
9735445       +Sun Gro Horticulture,   c/o Charles C. Robinson,   Garvey Schubert Barer,
                1191 Second Avenue 18th FL,   Seattle, WA 98101-2996
9602298        Sun Gro Horticulture,   36212 Treasury Ctr,   Chicago, IL 60694-6200
9602299        Sun Life Financial,   PO BOX 0760,   Carol Stream, IL 60132-0001
9602300      +++Tarco,   PO Box 3928,   Little Rock, AR 72203-3928
9602301        USF Holland,   PO Box 9021,   Holland, MI 49422-9021
9602302        Warp Brothers,   4647 W Augusta Blvd,   Chicago, IL 60651-3310
9602303        Waste Management,   PO Box 9001054,   Louisville, KY 40290-1054
9602304        Weather Tee,   21605 Gateway Ct,   Brookfield, WI 53045-5156
9602305        Werner Co.,   1459 Paysphere Cir,   Chicago, IL 60674-0014
9602306        Wilson Wholesale Supply,   405 Barrington Rd,   Wauconda, IL 60084-2436

The following entities were served by electronic transmission on Mar 13, 2009.
9602284        E-mail/Text: fred@newborncaulkguns.com                          Newborn Brothers & Co.,
                PO Box 128,   Jessup, MD 20794-0128
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9602241*       Amcore Trust Department,   424 7th St,   Rockford, IL 61104-1259
9602235*      +Benson Building Supply Company,   1901 Harrison Ave,   Rockford, IL 61104-7271
10821600*     +CAROL BENSON, ADMINISTRATOR OF THE ESTATE OF ANDRE,   c/o Tyler A. Moore,   6833 Stalter Drive,
                Rockford, IL 61108-2579
                                                                                        TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2009**           **Signature:**    *Joseph Speetjens*