# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BENSON BUILDING SUPPLY COMPANY     §   Case No. 05-73663

                                      §

                                      §

Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$87,685.00_ | Assets Exempt: _$0.00_ |
| Total Distribution to Claimants: _$14,280.00_ | Claims Discharged Without Payment: _$-978,637.08_ |
| Total Expenses of Administration: _$56,340.03_ | |

3)  Total gross receipts of $ 70,620.03  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2** ), yielded net receipts of $70,620.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $14,280.00 | $14,280.00 | $14,280.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,063.46 | 49,063.46 | 49,063.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 23,813.50 | 23,813.50 | 7,276.57 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,370.95 | 10,797.35 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,880.62 | 1,700,826.65 | 287,757.71 | 0.00 |
| **TOTAL DISBURSEMENTS** | $122,880.62 | $1,798,354.56 | $385,712.02 | $70,620.03 |

4) This case was originally filed under Chapter 11 on July 20, 2005 and it was converted to Chapter 7 on December 14, 2005.  The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as   **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2009           By:  /s/BERNARD J. NATALE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1981 IHC TRUCK WITH ELV LIFT | 1129-000 | 5,000.00 |
| 1984 IHC TRACTOR | 1129-000 | 3,500.00 |
| 1992 INTERNATIONAL FLAT BED TRUCK | 1129-000 | 23,500.00 |
| 1996 GMC PICK UP TRUCK | 1129-000 | 1,300.00 |
| 2001 INTERNATIONAL STRAIGHT TRUCK | 1129-000 | 17,000.00 |
| MISC OFFICE EQUIP - DESK, CHAIRS, COPY MACHINE | 1129-000 | 1,000.00 |
| INVENTORY OF BUILDINGS - BLDG SUPPLIES | 1229-000 | 9,000.00 |
| 1983 INTERNATIONAL S1900 STAKE TRUCK | 1229-000 | 3,500.00 |
| 1992 INTERNATIONAL 940 TL SEMI TRACTOR | 1229-000 | 6,100.00 |
| Interest Income | 1270-000 | 720.03 |
| **TOTAL GROSS RECEIPTS** | | $70,620.03 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 4210-000 | N/A | 14,280.00 | 14,280.00 | 14,280.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $14,280.00 | $14,280.00 | $14,280.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL ONE FSB | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Office of the U.S. Trustee | 2950-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 2,470.80 | 2,470.80 | 2,470.80 |
| CAPITAL ONE FSB | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| I SPINELLO LOCKSMITHS | 2420-000 | N/A | 652.83 | 652.83 | 652.83 |
| BERNARD J. NATALE | 2100-000 | N/A | 6,780.88 | 6,780.88 | 6,780.88 |
| ACTION AUCTIONEERING | 3610-000 | N/A | 1,776.00 | 1,776.00 | 1,776.00 |
| MILLER AUCTION SERVICE INC. | 3610-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 374.91 | 374.91 | 374.91 |
| MAGGIO TRUCK CENTER INC | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Carol & Eric Benson | 2410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 20,078.75 | 20,078.75 | 20,078.75 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,237.50 | 1,237.50 | 1,237.50 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 48.78 | 48.78 | 48.78 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 17.59 | 17.59 | 17.59 |
| ACTION AUCTIONEERING | 3610-000 | N/A | 1,098.00 | 1,098.00 | 1,098.00 |
| ILLINOIS SECRETARY OF STATE | 2990-000 | N/A | 65.00 | 65.00 | 65.00 |
| ILLINOIS DEPT OF REVENUE | 2990-000 | N/A | 15.00 | 15.00 | 15.00 |
| ILLINOIS SECRETARY OF STATE | 2990-000 | N/A | 65.00 | 65.00 | 65.00 |
| ILLINOIS DEPT OF REVENUE | 2990-000 | N/A | 15.00 | 15.00 | 15.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 39.67 | 39.67 | 39.67 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 27.75 | 27.75 | 27.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $49,063.46 | $49,063.46 | $49,063.46 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 6820-000 | N/A | 12,767.00 | 12,767.00 | 3,901.15 |
| RITZ & LAUGHLIN LTD | 6210-160 | N/A | 11,046.50 | 11,046.50 | 3,375.42 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $23,813.50 | $23,813.50 | $7,276.57 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS - FEDERAL W/H | 5300-000 | N/A | N/A | 492.50 | 0.00 |
| IRS - SOCIAL SECURITY EMPLOYEE PORTION | 5300-000 | N/A | N/A | 305.35 | 0.00 |
| ILL DEPT OF REVENUE - STATE W/H | 5300-000 | N/A | N/A | 147.75 | 0.00 |
| IRS - MEDICARE EMPLOYEE PORTION | 5300-000 | N/A | N/A | 71.41 | 0.00 |
| IRS - MEDICARE EMPLOYER PORTION | 5800-000 | N/A | N/A | 71.41 | 0.00 |
| IRS - FEDERAL UNEMPLOYMENT TAX EMPLOYER PORTION | 5800-000 | N/A | N/A | 0.39 | 0.00 |
| ILL EMPLOYMENT SECURITY - STATE UNEMP TAX EMPLOYER PORTION | 5800-000 | N/A | N/A | 49.25 | 0.00 |
| IRS - SOCIAL SECURITY EMPLOYER PORTION | 5800-000 | N/A | N/A | 305.35 | 0.00 |
| Amcore Trust Department | 5400-000 | N/A | 5,444.95 | 5,444.95 | 0.00 |
| Illinois Department of | | | | | |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Revenue | 5800-000 | N/A | 1.00 | 1.00 | 0.00 |
| Daniel W Benson | 5300-000 | N/A | 4,925.00 | 3,907.99 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $10,370.95 | $10,797.35 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Century Building Supply, Inc. | 7100-000 | N/A | 2,952.12 | 2,745.82 | 0.00 |
| Bob's Hardware | 7100-000 | N/A | 1,202.25 | 1,202.25 | 0.00 |
| Klauer Manufacturing | 7100-000 | N/A | 65.54 | 65.54 | 0.00 |
| Air Vent, Inc. | 7100-000 | N/A | 2,851.66 | 2,851.66 | 0.00 |
| R. M. Lucas Co. | 7100-000 | N/A | 6,280.56 | 6,280.56 | 0.00 |
| HYC Company | 7100-000 | N/A | 38.43 | 38.43 | 0.00 |
| Nextel West Corp | 7100-000 | N/A | 753.91 | 753.91 | 0.00 |
| Simpson Strong-Tie Company | 7100-000 | N/A | 2,340.25 | 2,340.25 | 0.00 |
| Marlin Leasing Corp. | 7100-000 | N/A | 1,036.77 | 1,036.77 | 0.00 |
| Marlin Leasing Corp. | 7100-000 | N/A | 1,036.77 | 0.00 | 0.00 |
| Pepper Creek Greenhouse | 7100-000 | N/A | 52.65 | 52.65 | 0.00 |
| Mauh Nah Tee See Country Club | 7100-000 | N/A | 6,245.13 | 0.00 | 0.00 |
| Pactiv Corporation | 7100-000 | N/A | 8,677.33 | 8,677.33 | 0.00 |
| Citibank (USA) NA | 7100-000 | N/A | 4,693.43 | 4,693.43 | 0.00 |
| Sun Gro Horticulture | 7100-000 | N/A | 2,653.22 | 2,653.22 | 0.00 |
| Cannonball | 7100-000 | N/A | 1,108.78 | 1,108.78 | 0.00 |
| Michigan Ladder Co. | 7100-000 | N/A | 797.58 | 797.58 | 0.00 |
| SFS INTEC, INC. | 7100-000 | N/A | 2,142.81 | 2,142.81 | 0.00 |
| Dennis Leahy | 7100-000 | N/A | 1,750.00 | 0.00 | 0.00 |
| Illinois Bell Telephone Co Inc | 7100-000 | N/A | 1,210.33 | 1,210.33 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 48.00 | 48.00 | 0.00 |
| USF Holland | 7100-000 | N/A | 511.18 | 511.18 | 0.00 |
| Carol Benson, Administrator | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| of the Estate of Andre | 7100-000 | N/A | 175,384.43 | 0.00 | 0.00 |
| Carol Benson, Administrator of the Estate of Andre | 7100-000 | N/A | 8,121.68 | 0.00 | 0.00 |
| Carol Benson, Administrator of the Estate of Andre | 7100-000 | N/A | 163,350.00 | 0.00 | 0.00 |
| Eric Benson | 7100-000 | N/A | 175,384.43 | 0.00 | 0.00 |
| Eric Benson | 7100-000 | N/A | 163,350.00 | 0.00 | 0.00 |
| Eric Benson | 7100-000 | N/A | 8,121.68 | 0.00 | 0.00 |
| Tarco | 7100-000 | N/A | 4,295.72 | 4,295.72 | 0.00 |
| Avaya, Inc. | 7100-000 | N/A | 455.00 | 455.00 | 0.00 |
| Weather Tee | 7100-000 | N/A | 3,818.28 | 3,572.96 | 0.00 |
| Avaya, Inc. | 7100-000 | N/A | 273.00 | 273.00 | 0.00 |
| Old Castle Retail Inc dba Bonsal American | 7100-000 | N/A | 14,792.78 | 14,792.78 | 0.00 |
| Bob's Hardware | 7100-000 | N/A | 1,202.25 | 0.00 | 0.00 |
| Carol Benson, Administrator of the Estate of Andre | 7100-000 | N/A | 163,350.00 | 0.00 | 0.00 |
| GAF Material Corporation | 7100-000 | N/A | 90,292.20 | 90,292.20 | 0.00 |
| McGreevy Williams, P.C. | 7100-000 | N/A | 394.40 | 394.40 | 0.00 |
| Commercial Ceiling & Wall | 7100-000 | N/A | 138.24 | 138.24 | 0.00 |
| Tarco | 7100-000 | N/A | 4,295.75 | 0.00 | 0.00 |
| Auto Owners Insurance Co | 7100-000 | N/A | 1,154.85 | 1,154.85 | 0.00 |
| Pactiv Corporation | 7100-000 | N/A | 7,957.11 | 0.00 | 0.00 |
| Anderson Rock River Ford | 7100-000 | N/A | 450.36 | 450.36 | 0.00 |
| Hearth & Home Technologies | 7100-000 | N/A | 579.18 | 579.18 | 0.00 |
| Sun Gro Horticulture | 7100-000 | N/A | 2,653.22 | 0.00 | 0.00 |
| Carol Benson, Administrator of the Estate of Andre | 7100-000 | N/A | 8,121.68 | 0.00 | 0.00 |
| Carol Benson, Administrator of the Estate of Andre | 7100-000 | N/A | 175,384.43 | 0.00 | 0.00 |
| Eric Benson | 7100-000 | N/A | 8,121.68 | 0.00 | 0.00 |
| Eric Benson | 7100-000 | N/A | 163,350.00 | 0.00 | 0.00 |
| Eric Benson | 7100-000 | N/A | 175,384.43 | 0.00 | 0.00 |
| Pepper Creek Greenhouse | 7100-000 | N/A | 52.65 | 0.00 | 0.00 |
| Nudo Products | 7100-000 | N/A | 573.52 | 573.52 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Benson Building Supply Company    History | 7100-000 | N/A | 131,575.00 | 131,575.00 | 0.00 |
| ADT Security Services | 7100-000 | 180.00 | N/A | 0.00 | 0.00 |
| Advance Business Machine | 7100-000 | 140.00 | N/A | 0.00 | 0.00 |
| Amcore Investment Group | 7100-000 | 114.47 | N/A | 0.00 | 0.00 |
| Appleton Supply Co | 7100-000 | 2,577.61 | N/A | 0.00 | 0.00 |
| Bob's Hardware | 7100-000 | 1,184.00 | N/A | 0.00 | 0.00 |
| Bonsal American | 7100-000 | 14,792.00 | N/A | 0.00 | 0.00 |
| Carlson Systems | 7100-000 | 683.00 | N/A | 0.00 | 0.00 |
| Carquest Auto Parts | 7100-000 | 51.42 | N/A | 0.00 | 0.00 |
| Chris Industrial | 7100-000 | 3,000.74 | N/A | 0.00 | 0.00 |
| City of Rockford | 7100-000 | 70.00 | N/A | 0.00 | 0.00 |
| Commercial Innovations | 7100-000 | 34,057.00 | N/A | 0.00 | 0.00 |
| Computer Software Solutions | 7100-000 | 700.00 | N/A | 0.00 | 0.00 |
| Constellation New Energy | 7100-000 | 1,218.00 | N/A | 0.00 | 0.00 |
| Croops Door Service | 7100-000 | 140.00 | N/A | 0.00 | 0.00 |
| Custom Shutters | 7100-000 | 699.79 | N/A | 0.00 | 0.00 |
| Edmund A Allen Co | 7100-000 | 1,074.15 | N/A | 0.00 | 0.00 |
| Exxon Mobil Fleet | 7100-000 | 11,986.00 | N/A | 0.00 | 0.00 |
| Fedex Freight | 7100-000 | 58.00 | N/A | 0.00 | 0.00 |
| Gypsum Supply Co | 7100-000 | 2,870.00 | N/A | 0.00 | 0.00 |
| Home Builders Association | 7100-000 | 490.00 | N/A | 0.00 | 0.00 |
| Hutchinson | 7100-000 | 323.45 | N/A | 0.00 | 0.00 |
| IBMC | 7100-000 | 447.00 | N/A | 0.00 | 0.00 |
| Illinois Lumber & Dealers | 7100-000 | 750.00 | N/A | 0.00 | 0.00 |
| Indiana Insurance Co | 7100-000 | 11,004.00 | N/A | 0.00 | 0.00 |
| Ives Paper Mill | 7100-000 | 6,812.35 | N/A | 0.00 | 0.00 |
| Kelley Williamson | 7100-000 | 423.76 | N/A | 0.00 | 0.00 |
| LL Building Products | 7100-000 | 208.84 | N/A | 0.00 | 0.00 |
| Maggio Truck Center | 7100-000 | 1,315.00 | N/A | 0.00 | 0.00 |
| Marlite | 7100-000 | 1,180.50 | N/A | 0.00 | 0.00 |
| Marshall Stamping Company | 7100-000 | 273.55 | N/A | 0.00 | 0.00 |
| Maze Nails | 7100-000 | 782.43 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| McAllister Equipment | 7100-000 | 344.31 | N/A | 0.00 | 0.00 |
| Mid-City Office Products | 7100-000 | 459.77 | N/A | 0.00 | 0.00 |
| Newborn Brothers & Co | 7100-000 | 1,270.52 | N/A | 0.00 | 0.00 |
| Nicor | 7100-000 | 631.29 | N/A | 0.00 | 0.00 |
| Pepsi Cola | 7100-000 | 1,322.26 | N/A | 0.00 | 0.00 |
| Per Mar Security Services | 7100-000 | 527.40 | N/A | 0.00 | 0.00 |
| RM McGladrey | 7100-000 | 6,040.00 | N/A | 0.00 | 0.00 |
| SBC | 7100-000 | 580.43 | N/A | 0.00 | 0.00 |
| Shelter Division | 7100-000 | 2,982.00 | N/A | 0.00 | 0.00 |
| Sovereign Specialty Chemicals | 7100-000 | 260.00 | N/A | 0.00 | 0.00 |
| Sun Life Financial | 7100-000 | 1,550.00 | N/A | 0.00 | 0.00 |
| Warp Brothers | 7100-000 | 130.87 | N/A | 0.00 | 0.00 |
| Waste Management | 7100-000 | 197.10 | N/A | 0.00 | 0.00 |
| Werner Co | 7100-000 | 1,810.25 | N/A | 0.00 | 0.00 |
| Wilson Wholesale Supply | 7100-000 | 5,167.36 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $122,880.62 | $1,700,826.65 | $287,757.71 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 05-73663 | Trustee: (330370) BERNARD J. NATALE |
| Case Name: BENSON BUILDING SUPPLY COMPANY | Filed (f) or Converted (c): 12/14/05 (c) |
| | §341(a) Meeting Date: 01/05/06 |
| Period Ending: 06/16/09 | Claims Bar Date: 08/22/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PETTY CASE | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 | CITY NATIONAL BANK | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | SUN LIFE FINANCIAL #9255463 (INSURANCE) | 2,042.00 | 1.00 | DA | 0.00 | FA |
| 4 | ACCOUNT RECEIVABLE AS OF 7/20/05 | 80,543.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1971 FRUEHAUF VAN TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1977 STRICK FLAT TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1980 TRAILMOBILE TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1981 IHC TRUCK WITH ELV LIFT | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 9 | 1984 IHC TRACTOR | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 10 | 1987 TRANSCRAFT TRAILER | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1992 INTERNATIONAL FLAT BED TRUCK | 50,000.00 | 20,000.00 | | 23,500.00 | FA |
| 12 | 1996 GMC PICK UP TRUCK | 0.00 | 0.00 | | 1,300.00 | FA |
| 13 | 2001 INTERNATIONAL STRAIGHT TRUCK | 0.00 | 0.00 | | 17,000.00 | FA |
| 14 | MISC OFFICE EQUIP - DESK, CHAIRS, COPY MACHINE | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 15 | INVENTORY OF BUILDINGS - BLDG SUPPLIES  (u) | Unknown | 9,000.00 | | 9,000.00 | FA |
| 16 | 1983 INTERNATIONAL S1900 STAKE TRUCK  (u) | Unknown | 3,500.00 | | 3,500.00 | FA |
| 17 | 1992 INTERNATIONAL 940 TL SEMI TRACTOR  (u) | 0.00 | 0.00 | | 6,100.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 720.03 | FA |
| 18 | **Assets**    **Totals** (Excluding unknown values) | **$138,685.00** | **$42,101.00** | | **$70,620.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR RESPONSE FROM IRS TO WAIVE FILING PRE-PETITION PRIOR TAX RETURNS AS NO RECORDS AVAILABLE TO ESTATE TO FILE MISSING RETURNS.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| Case Number: | 05-73663 | | Trustee: | (330370) | BERNARD J. NATALE |
|---|---|---|---|---|---|
| Case Name: | BENSON BUILDING SUPPLY COMPANY | | Filed (f) or Converted (c): | 12/14/05 (c) | |
| | | | §341(a) Meeting Date: | 01/05/06 | |
| Period Ending: 06/16/09 | | | Claims Bar Date: | 08/22/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):     December 31, 2007          Current Projected Date Of Final Report (TFR):     February 6, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- |
| Case Name: | BENSON BUILDING SUPPLY COMPANY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2950384 | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 06/16/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/17/06 | | JOBBERS-RECORDINGS-COUNTRY, INC. | SALE OF INVENTORY AND VEHICLES LOCATED AT 1901 HARRISON AVE | | | 22,000.00 | | 22,000.00 |
| | {14} | | Sale of Misc Office Equipment | 1,000.00 | 1129-000 | | | 22,000.00 |
| | {16} | | Sale of Stake Truck | 3,500.00 | 1229-000 | | | 22,000.00 |
| | {15} | | Sale of Inventory of Harrison Ave Bldg | 9,000.00 | 1229-000 | | | 22,000.00 |
| | {8} | | Sale of Forklift truck | 5,000.00 | 1129-000 | | | 22,000.00 |
| | {9} | | Sale of IHC Tractor | 3,500.00 | 1129-000 | | | 22,000.00 |
| 04/20/06 | 1001 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped on 06/12/06 | | 2990-004 | | 65.00 | 21,935.00 |
| 04/20/06 | 1002 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped on 06/12/06 | | 2990-004 | | 65.00 | 21,870.00 |
| 04/20/06 | 1003 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped on 06/12/06 | | 2990-004 | | 65.00 | 21,805.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 5.79 | | 21,810.79 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 14.96 | | 21,825.75 |
| 06/06/06 | 1004 | MILLER AUCTION SERVICE INC. | PAYMENTS OF COMMISSION ON SALE TO JRC, INC. | | 3610-000 | | 3,300.00 | 18,525.75 |
| 06/06/06 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #05-73663, BOND #016018067 | | 2300-000 | | 17.59 | 18,508.16 |
| 06/12/06 | 1001 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped: check issued on 04/20/06 | | 2990-004 | | -65.00 | 18,573.16 |
| 06/12/06 | 1002 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped: check issued on 04/20/06 | | 2990-004 | | -65.00 | 18,638.16 |
| 06/12/06 | 1003 | ILLINOIS SECRETARY OF STATE | PAYMENT FOR LOST TITLE Stopped: check issued on 04/20/06 | | 2990-004 | | -65.00 | 18,703.16 |
| 06/12/06 | 1006 | I SPINELLO LOCKSMITHS | INVOICE #152166 | | 2420-000 | | 652.83 | 18,050.33 |
| 06/29/06 | | To Account #*******6766 | FILING FEES FOR ADVERSARY CASES | | 9999-000 | | 525.00 | 17,525.33 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 12.85 | | 17,538.18 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 11.92 | | 17,550.10 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 11.93 | | 17,562.03 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 11.16 | | 17,573.19 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 12.32 | | 17,585.51 |
| 11/02/06 | | To Account #*******6766 | FOR TITLES ON TRUCKS | | 9999-000 | | 500.00 | 17,085.51 |
| 11/13/06 | | ACTION AUCTIONEERING | PROCEEDS FROM SALE OF VEHICLES | | | 17,202.00 | | 34,287.51 |
| | {13} | | Sale of Int'l Straight truck | 17,000.00 | 1129-000 | | | 34,287.51 |

Subtotals : $39,282.93    $4,995.42

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | BENSON BUILDING SUPPLY COMPANY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2950384 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 06/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {12} | | Sale of 96 P/U truck            1,300.00 | 1129-000 | | | 34,287.51 |
| | | ACTION AUCTIONEERING | Auctioneer Fees            -1,098.00 | 3610-000 | | | 34,287.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.28 | | 34,304.79 |
| 12/27/06 | | To Account #********6766 | FOR PYMT OF ADMINISTRATIVE<br>PAYMENTS | 9999-000 | | 2,500.00 | 31,804.79 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.63 | | 31,826.42 |
| 01/18/07 | | To Account #********6766 | TRANSFER TO PAY SECURED CLAIM | 9999-000 | | 14,500.00 | 17,326.42 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 19.41 | | 17,345.83 |
| 02/01/07 | | ACTION AUCTIONEERING | SALE PROCEEDS FROM AUCTION | | 29,600.00 | | 46,945.83 |
| | {11} | | PROCEEDS FOR SALE        23,500.00<br>OF 92 INT'L TANDEM<br>W/CRANE | 1129-000 | | | 46,945.83 |
| | {17} | | PROCEEDS FOR SALE          6,100.00<br>OF 92 INT'L SEMI<br>TRACTOR | 1229-000 | | | 46,945.83 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 33.43 | | 46,979.26 |
| 03/01/07 | | To Account #********6766 | TRANSFER TO PAY AUCTIONEER | 9999-000 | | 1,800.00 | 45,179.26 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 35.31 | | 45,214.57 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 36.47 | | 45,251.04 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 36.50 | | 45,287.54 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 34.17 | | 45,321.71 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 37.73 | | 45,359.44 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 36.58 | | 45,396.02 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 33.07 | | 45,429.09 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 39.00 | | 45,468.09 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 125.15 | | 45,593.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 31.74 | | 45,624.98 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 28.53 | | 45,653.51 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 15.22 | | 45,668.73 |
| 03/24/08 | | To Account #********6766 | Transfer to Pay Interim Atty Fees and<br>Expenses | 9999-000 | | 20,000.00 | 25,668.73 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 12.47 | | 25,681.20 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 5.69 | | 25,686.89 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 5.08 | | 25,691.97 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 5.23 | | 25,697.20 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 5.23 | | 25,702.43 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 4.89 | | 25,707.32 |

|  |  | Subtotals : | $30,219.81 | $38,800.00 |  |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | BENSON BUILDING SUPPLY COMPANY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2950384 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 06/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 5.40 | | 25,712.72 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 4.95 | | 25,717.67 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1300% | 1270-000 | 3.05 | | 25,720.72 |
| 12/29/08 | | To Account #*******6766 | TRANSFER FOR ACCTG FEES | 9999-000 | | 2,400.00 | 23,320.72 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 2.27 | | 23,322.99 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 1.14 | | 23,324.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 1.07 | | 23,325.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 1.22 | | 23,326.42 |
| 04/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.19 | | 23,326.61 |
| 04/06/09 | | To Account #*******6766 | TRANSFER FOR FINAL DISTRIBUTIONS | 9999-000 | | 23,326.61 | 0.00 |

|  | | | ACCOUNT TOTALS | | 69,522.03 | 69,522.03 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 65,551.61 | |
| | | | **Subtotal** | | **69,522.03** | **3,970.42** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$69,522.03** | **$3,970.42** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-73663 | |
| Case Name: | BENSON BUILDING SUPPLY COMPANY | |
| | | |
| Taxpayer ID #: | 36-2950384 | |
| Period Ending: | 06/16/09 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****67-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/06 | | From Account #********6765 | FILING FEES FOR ADVERSARY CASES | 9999-000 | 525.00 | | 525.00 |
| 06/29/06 | 101 | CAPITAL ONE FSB | PYMT ON ACCT 4802-1323-0660-2478<br>FILING FEE - BENSON ADV | 2700-000 | | 250.00 | 275.00 |
| 07/24/06 | 102 | CAPITAL ONE FSB | PYMT ON ACCT #4802132306602478 | 2700-000 | | 250.00 | 25.00 |
| 11/02/06 | | From Account #********6765 | FOR TITLES ON TRUCKS | 9999-000 | 500.00 | | 525.00 |
| 11/02/06 | 103 | ILLINOIS SECRETARY OF STATE | TITLE FOR INT'L SEMI TRACTOR VIN<br>2HSFHBGR2NC059920<br>Voided on 12/04/06 | 2990-003 | | 80.00 | 445.00 |
| 11/02/06 | 104 | ILLINOIS SECRETARY OF STATE | TITLE FOR 1992 INT'L TRUCK VIN<br>1HTGHN6R5NH429172<br>Voided on 12/04/06 | 2990-003 | | 80.00 | 365.00 |
| 12/04/06 | 103 | ILLINOIS SECRETARY OF STATE | TITLE FOR INT'L SEMI TRACTOR VIN<br>2HSFHBGR2NC059920<br>Voided: check issued on 11/02/06 | 2990-003 | | -80.00 | 445.00 |
| 12/04/06 | 104 | ILLINOIS SECRETARY OF STATE | TITLE FOR 1992 INT'L TRUCK VIN<br>1HTGHN6R5NH429172<br>Voided: check issued on 11/02/06 | 2990-003 | | -80.00 | 525.00 |
| 12/04/06 | 105 | ILLINOIS SECRETARY OF STATE | TITLE FOR INT'L SEMI TRACTOR VIN<br>2HSFHBGR2NC059920 | 2990-000 | | 65.00 | 460.00 |
| 12/04/06 | 106 | ILLINOIS DEPT OF REVENUE | VEHICLE USE TAX TRANSACTION RETURN<br>- VIN 2HSFHBGR2NCO59920 | 2990-000 | | 15.00 | 445.00 |
| 12/04/06 | 107 | ILLINOIS SECRETARY OF STATE | TITLE FOR 1992 INT'L TRUCK VIN<br>1HTGHN6R5NH429172 | 2990-000 | | 65.00 | 380.00 |
| 12/04/06 | 108 | ILLINOIS DEPT OF REVENUE | VEHICLE USE TAX TRANSACTION RETURN<br>- VIN 1HTGHN6R5NH429172 | 2990-000 | | 15.00 | 365.00 |
| 12/27/06 | | From Account #********6765 | FOR PYMT OF ADMINISTRATIVE<br>PAYMENTS | 9999-000 | 2,500.00 | | 2,865.00 |
| 12/27/06 | 109 | MAGGIO TRUCK CENTER INC | PYMT OF INVOICES 123767 ($1500)<br>123768($500) | 2500-000 | | 2,000.00 | 865.00 |
| 01/18/07 | | From Account #********6765 | TRANSFER TO PAY SECURED CLAIM | 9999-000 | 14,500.00 | | 15,365.00 |
| 01/18/07 | 110 | ASSOCIATED BANK | PAYMENT OF SECURED CLAIM ON TRUCK | 4210-000 | | 14,280.00 | 1,085.00 |
| 03/01/07 | | From Account #********6765 | TRANSFER TO PAY AUCTIONEER | 9999-000 | 1,800.00 | | 2,885.00 |
| 03/01/07 | 111 | ACTION AUCTIONEERING | PYMT OF FEES FOR SALE OF 2 VEHICLES<br>ORDERED ON 02/28/07 | 3610-000 | | 1,776.00 | 1,109.00 |
| 05/31/07 | 112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 05/31/2007 FOR CASE<br>#05-73663, BOND # 016018067    CHAPTER<br>7 BLANKET BOND WISCONSIN<br>(MADISON)/ILLI | 2300-003 | | 38.98 | 1,070.02 |

Subtotals : | | | | | $19,825.00 | $18,754.98 |

{} Asset reference(s)

Printed: 06/16/2009 04:58 PM    V.11.21

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-73663 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | BENSON BUILDING SUPPLY COMPANY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-66 - Checking Account |
| Taxpayer ID #: | 36-2950384 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 06/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 05/31/07 | | | | |
| 05/31/07 | 112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73663, BOND # 016018067  CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided: check issued on 05/31/07 | 2300-003 | | -38.98 | 1,109.00 |
| 05/31/07 | 113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2007 FOR CASE #05-73663, BOND NO. 016018067 | 2300-000 | | 39.67 | 1,069.33 |
| 03/24/08 | | From Account #*******6765 | Transfer to Pay Interim Atty Fees and Expenses | 9999-000 | 20,000.00 | | 21,069.33 |
| 03/25/08 | 114 | BERNARD J. NATALE. LTD. | PAYMENT OF INTERIM FEES & EXPENSES PER ORDER ENTERED 3/24/08 | | | 20,453.66 | 615.67 |
| | | | Ref # INTERIM FEES  20,078.75 2/28/06-2/28/08  ORDER ENTERED 3/24/08 | 3110-000 | | | 615.67 |
| | | | Ref # INTERIM EXP  374.91 2/28/06-2/28/08  ORDER ENTERED 3/24/08 | 3120-000 | | | 615.67 |
| 06/02/08 | 115 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #05-73663, BOND #016018067 | 2300-000 | | 27.75 | 587.92 |
| 12/29/08 | | From Account #*******6765 | TRANSFER FOR ACCTG FEES | 9999-000 | 2,400.00 | | 2,987.92 |
| 12/29/08 | 116 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 321158 - BENSON BUILDING | 3410-000 | | 2,470.80 | 517.12 |
| 04/06/09 | | From Account #*******6765 | TRANSFER FOR FINAL DISTRIBUTIONS | 9999-000 | 23,326.61 | | 23,843.73 |
| 04/08/09 | 117 | Office of the U.S. Trustee | Dividend paid 100.00% on $1,000.00, U.S. Trustee Quarterly Fees;  Reference: 523-07-73663 | 2950-000 | | 1,000.00 | 22,843.73 |
| 04/08/09 | 118 | BERNARD J. NATALE | Dividend paid 100.00% on $6,780.88, Trustee Compensation;  Reference: | 2100-000 | | 6,780.88 | 16,062.85 |
| 04/08/09 | 119 | Carol & Eric Benson | Dividend paid 100.00% on $7,500.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 7,500.00 | 8,562.85 |
| 04/08/09 | 120 | Illinois Department of Revenue | Dividend paid  30.55% on $12,767.00, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 3,901.15 | 4,661.70 |
| 04/08/09 | 121 | RITZ & LAUGHLIN LTD | Dividend paid  30.55% on $11,046.50, Attorney | 6210-160 | | 3,375.42 | 1,286.28 |
| | | | Subtotals : | | $45,726.61 | $45,510.35 | |

{} Asset reference(s)

Printed: 06/16/2009 04:58 PM    V.11.21

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-73663 |
| Case Name: | BENSON BUILDING SUPPLY COMPANY |
| | |
| Taxpayer ID #: | 36-2950384 |
| Period Ending: | 06/16/09 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****67-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for D-I-P Fees (Chapter 11);  Reference: | | | | |
| 04/08/09 | 122 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTYFINA,EXPFINAL | | | 1,286.28 | 0.00 |
| | | | Dividend paid 100.00%            1,237.50 on $1,237.50;  Claim# ATTYFINA; Filed: $1,237.50;  Reference: FINAL ATTY FEES | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%              48.78 on $48.78;  Claim# EXPFINAL; Filed: $48.78;  Reference: ATTY FINAL EXPENSES | 3120-000 | | | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| | ACCOUNT TOTALS | 65,551.61 | 65,551.61 | $0.00 |
| | Less: Bank Transfers | 65,551.61 | 0.00 | |
| | Subtotal | 0.00 | 65,551.61 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $65,551.61 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****67-65 | 69,522.03 | 3,970.42 | 0.00 |
| Checking # ***-*****67-66 | 0.00 | 65,551.61 | 0.00 |
| | $69,522.03 | $69,522.03 | $0.00 |